

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2016

No. 04-16-00610-CV

Timothy **STEIN**,
Appellant

v.

**REVCAP, LLC** and Revere High Yield Fund, LP,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 14288
Honorable N. Keith Williams, Judge Presiding

# O R D E R

In this accelerated appeal, Appellant's brief was due to be filed with this court on November 17, 2016. One day after the due date, Appellant filed a partially opposed first motion for a twenty-day extension of time to file Appellant's brief until December 7, 2016.

Appellant's motion is GRANTED. Appellant's brief is due on December 7, 2016. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court